<hr/>

### CHANCELLOR v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit.    October 16, 1916.)

#### No. 4426.

In Error to the District Court of the United States for the Eastern District of Oklahoma; Ralph E. Campbell, Judge.

Ed. Chancellor was convicted of violating Act March 1, 1895, by introducing intoxicating liquor from without into that part of the state of Oklahoma which was formerly Indian Territory, and he brings error. Affirmed.

James C. Denton, of Muskogee, Okl. (Frank Lee, of Muskogee, Okl., on the brief), for plaintiff in error.

W. P. Z. German, Sp. Asst. U. S. Atty., of Muskogee, Okl. (D. H. Line-baugh, U. S. Atty., and W. P. McGinnis, Sp. Asst. U. S. Atty., both of Muskogee, Okl., on the brief), for the United States.

Before HOOK and SMITH, Circuit Judges, and AMIDON, District Judge.

HOOK, Circuit Judge. The plaintiff in error complains of a conviction and sentence for violating Act March 1, 1895, c. 145, 28 Stat. 693, by introducing intoxicating liquor from Texas into a part of the state of Oklahoma which was formerly Indian Territory. The circumstances are similar to those of the case of Jim Chancellor, No. 4425, 237 Fed. 193, —— C. C. A. ——, decided at this term. The evidence against the present plaintiff in error was so much more direct and convincing that it need not be referred to in detail. The other questions of law are the same and are accordingly found against him.

The sentence is affirmed.